United States District Court
Southern District of Texas

**ENTERED**

April 02, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **YASIEL CASTRO-COLEY,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00458** |
| | § | |
| **KRISTI NOEM, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

Pending before the Court is Petitioner Yasiel Castro-Coley's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

Petitioner filed his Petition for Writ of Habeas Corpus on March 20, 2026. (Dkt. 1.) Respondents allege that on or about February 24, 2026, after the expiration of Petitioner's parole and "multiple violations" on the Intensive Supervision Appearance Program ("ISAP") Program, DHS reapprehended Petitioner and, at the time of apprehension, found that Petitioner was allegedly in possession of a fake permanent resident card and a fake social security card. (Dkt. 7 at 2.) As evidence, Respondents point to statements in Petitioner's I-213 indicating that Petitioner was "taken into custody . . . for multiple violations while on the ISAP program" and that petitioner "was in possession of multiple FAKE identification documents." (*Id.*, Attach. 1 at 2, 3.)

Accordingly, Respondents are hereby **ORDERED** to submit additional briefing and any supplemental evidence on or before **<u>April 9, 2026</u>**, as to whether an individualized determination

1 / 2

was made by DHS to revoke Petitioner's release and redetain him pending the outcome of his removal proceedings. Petitioner is permitted to respond to Respondents' submission on or before **April 15, 2026**.

IT IS SO ORDERED.

SIGNED this April 2, 2026.

Diana Saldaña
United States District Judge